IN RE FREEHOLDER'S PETITION OF WEBER.
EDWARD E. WEBER ET AL., APPELLEES, v. VIOLET SWEET,
APPELLANT.
IN RE FREEHOLDER'S PETITION OF BERNT.
DONALD BERNT ET AL., APPELLEES, v. VIOLET SWEET,
APPELLANT.
188 N. W. 2d 895

Filed July 16, 1971. Nos. 37811, 37812.

Wilson, Barlow & Watson, for appellant.

William W. Griffin, for appellees.

Heard before WHITE, C. J., SPENCER, BOSLAUGH, SMITH, McCOWN, NEWTON, and CLINTON, JJ.

CLINTON, J.

The result here is governed by the opinion in Clark v. Sweet, ante p. 232, 188 N. W. 2d 891.

REVERSED AND REMANDED WITH
DIRECTIONS TO DISMISS.